RECEIVED

2013 FEB 13 P 3: 20

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JANET M. HEROLD
   Regional Solicitor
2  DAVID M. KAHN
   Counsel for Employment Standards
3  ROSE DARLNG (Cal. # 243893)
   Trial Attorney
4  Office of the Solicitor
   U.S. DEPARTMENT OF LABOR
5  90 Seventh Street, Suite 3-700
   San Francisco, CA 94103
6  Telephone: (415) 625-7744
   Facsimile: (415) 625-7772
7  Email: darling.rose@dol.gov

8  Attorneys for Petitioner

9                                                                          EJD

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12  SETH D. HARRIS, ACTING SECRETARY )   Case No.:
    OF LABOR, UNITED STATES          )   CV 13    80   080MISC
13  DEPARTMENT OF LABOR,             )
                                     )   [PROPOSED] ORDER TO SHOW CAUSE
14              Petitioner,          )
                                     )
15       vs.                         )
                                     )
16  SAYED HASAN ABBAS *dba* AAA      )
    YELLOW CAB, ALL BAY TAXI CAB, ALL)
17  BAY YELLOW CAB, LOS ALTOS        )
    YELLOW CAB, STANFORD YELLOW      )
18  CAB, STANFORD YELLOW CAB PALO    )
    ALTO, YELLOW AAA CAB, YELLOW     )
19  CAB, YELLOW CAB ALLBAY, YELLOW   )
    CAB OF STANFORD and YELLOW CAB   )
20  SANTA CLARA; AAA LEGACY          )
    LIMOUSINE, INC.; STANFORD YELLOW )
21  CAB, INC.; and FIRST CHOICE      )
    LOGISTICS, INC.;                 )
22                                   )
                                     )
23              Respondents.         )
    _____)

24

25         Petitioner, Seth D. Harris, Acting Secretary of Labor, United States Department of Labor,

26  has applied to this Court for an Order requiring Respondents Sayed Hasan Abbas *dba* as AAA

27

1   Yellow Cab, All Bay Taxi Cab, All Bay Yellow Cab, Los Altos Yellow Cab, Stanford Yellow

2   Cab, Stanford Yellow Cab Palo Alto, Yellow AAA Cab, Yellow Cab, Yellow Cab Allbay,

3   Yellow Cab of Stanford and Yellow Cab Santa Clara; AAA Legacy Limousine, Inc.; Stanford

4   Yellow Cab, Inc.; and First Choice Logistics, Inc. (collectively "Respondents") to produce the

5   records, papers and documents set forth in Attachment 1 to the subpoenas *duces tecum* issued by

6   the Regional Administrator, Wage and Hour Division, United States Department of Labor, and

7   duly served upon Respondents.  Having considered the matters set forth in the Secretary's

8   pleadings herein, it is hereby

9       ORDERED that Respondents appear and SHOW CAUSE, if there be any, why they

10   should not be ordered by this Court to comply with the subpoenas *duces tecum* issued to them by

11   the Wage and Hour Division; and it is further

12       ORDERED that Respondents serve and file with the Clerk of this Court, no later than

13   _____ March 6 _____, 2013, a response to the Petition, specifically admitting or

14   denying each allegation of the Petition, and setting forth the cause, if any there be, why the

15   Petition should not be granted; and it is further

16       ORDERED that Respondents appear at a hearing to be held on the Petition on

17   _____ March 15 _____, 2013, at 11:00 a.m., in courtroom number __4__,

18   located at United States District Court, 280 S. 1st Street

19   San Jose, CA 95113 _____; and it is further

20       ORDERED that an Investigator from the Wage and Hour Division, United States

21   Department of Labor, shall forthwith serve copies of this Order to Show Cause and a copy of the

22   Petition and supporting documents on Respondents.

23   Dated : February 22, 2013 _____

24

25

26   UNITED STATES DISTRICT COURT JUDGE

27

~~Proposed~~ Order to Show Cause                                                   Page 2 of 3

1

2    Presented by:

3    M. PATRICIA SMITH
     Solicitor of Labor
4
     JANET M. HEROLD
5    Regional Solicitor

6
     DAVID M. KAHN
7    Counsel for Employment Standards

8
          _____/s/ Rose Darling_____
9    ROSE DARLING
10   Trial Attorney

11   Attorneys for Petitioner Secretary of Labor,
     United States Department of Labor
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*Proposed* Order to Show Cause                                    *Page 3 of 3*