JANET M. HEROLD
Regional Solicitor
DAVID M. KAHN
Counsel for Employment Standards
ROSE DARLNG (Cal. # 243893)
Trial Attorney
Office of the Solicitor
U.S. DEPARTMENT OF LABOR
90 Seventh Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7744
Facsimile: (415) 625-7772
Email: darling.rose@dol.gov

Attorneys for Petitioner

RECEIVED
2013 FEB 13  P 3: 20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>vs.<br><br>SAYED HASAN ABBAS *dba* AAA YELLOW CAB, ALL BAY TAXI CAB, ALL BAY YELLOW CAB, LOS ALTOS YELLOW CAB, STANFORD YELLOW CAB, STANFORD YELLOW CAB PALO ALTO, YELLOW AAA CAB, YELLOW CAB, YELLOW CAB ALLBAY, YELLOW CAB OF STANFORD and YELLOW CAB SANTA CLARA; AAA LEGACY LIMOUSINE, INC.; STANFORD YELLOW CAB, INC.; and FIRST CHOICE LOGISTICS, INC.;<br><br>Respondents. | Case No.: CV13 80 030 MISC<br><br>[PROPOSED] ORDER TO SHOW CAUSE |

Petitioner, Seth D. Harris, Acting Secretary of Labor, United States Department of Labor, has applied to this Court for an Order requiring Respondents Sayed Hasan Abbas *dba* as AAA

1  Yellow Cab, All Bay Taxi Cab, All Bay Yellow Cab, Los Altos Yellow Cab, Stanford Yellow
2  Cab, Stanford Yellow Cab Palo Alto, Yellow AAA Cab, Yellow Cab, Yellow Cab Allbay,
3  Yellow Cab of Stanford and Yellow Cab Santa Clara; AAA Legacy Limousine, Inc.; Stanford
4  Yellow Cab, Inc.; and First Choice Logistics, Inc. (collectively "Respondents") to produce the
5  records, papers and documents set forth in Attachment 1 to the subpoenas *duces tecum* issued by
6  the Regional Administrator, Wage and Hour Division, United States Department of Labor, and
7  duly served upon Respondents.  Having considered the matters set forth in the Secretary's
8  pleadings herein, it is hereby
9      ORDERED that Respondents appear and SHOW CAUSE, if there be any, why they
10 should not be ordered by this Court to comply with the subpoenas *duces tecum* issued to them by
11 the Wage and Hour Division; and it is further
12     ORDERED that Respondents serve and file with the Clerk of this Court, no later than
13 _____March 6_____, _2013_, a response to the Petition, specifically admitting or
14 denying each allegation of the Petition, and setting forth the cause, if any there be, why the
15 Petition should not be granted; and it is further
16     ORDERED that Respondents appear at a hearing to be held on the Petition on
17 _____March 15_____, _2013_, at _11:00 a.m._, in courtroom number __4__,
18 located at _United States District Court, 280 S. 1st Street_
19 _San Jose, CA 95113_____; and it is further
20     ORDERED that an Investigator from the Wage and Hour Division, United States
21 Department of Labor, shall forthwith serve copies of this Order to Show Cause and a copy of the
22 Petition and supporting documents on Respondents.
23 Dated : _February 22, 2013_ _____

                                                [signature]
                                       UNITED STATES DISTRICT COURT JUDGE

Case 5:13-mc-80030-EJD   Document 6   Filed 02/22/13   Page 3 of 3

Presented by:

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DAVID M. KAHN
Counsel for Employment Standards


_____/s/ Rose Darling_____
ROSE DARLING
Trial Attorney

Attorneys for Petitioner Secretary of Labor,
United States Department of Labor

~~Proposed~~ Order to Show Cause                                                                        Page 3 of 3